675 A.2d 1117

IN THE MATTER OF GEORGE GUYER YOUNG, III, AN ATTORNEY AT LAW.

May 23, 1996.

## ORDER

The Disciplinary Review Board on April 29, 1996, having filed with the Court its decision concluding that a letter of admonition should be issued to **GEORGE GUYER YOUNG, III,** of **HAVER-TOWN, PENNSYLVANIA,** who was admitted to the bar of this State in 1988, for handling an estate matter in New Jersey without having a *bona fide* office in this State, in violation of *Rule* 1:21–1(a) and *RPC* 5.5(a), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.